# United States District Court

_____ FIRST _____ DISTRICT OF _MASS._

Commonwealth of Mass.

Plaintiff

Robert Hendrickson

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

04-40153

I, _Robert Hendrickson_, declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant  ☒ other _Defendant on Appeal from State Courts_

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration _Gardner State Prison_
   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _14.00 Dollars a week, split in two 7.00 dollars to savings for successful release and 7.00 dollars in personal for hygene use. Gardner State Prison, PO Box 466, Gardner, MA 01440_
   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments   Yes ☐   No ☒
   d. Disability or workers compensation payments   Yes ☐   No ☒
   e. Gifts or inheritances   Yes ☐   No ☒
   f. Any other sources   Yes ☐   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

# FINANCIAL AFFIDAVIT
CJA 23

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: Commonwealth vs. Robert Hendrickson
FOR: First District Court US
AT: Worcester County

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Robert Wayne Hendrickson

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☒ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
Magistrate: 
District Court: 
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
- Aggravated Rape
- Indecent A+B
- Kidnapping

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Gardner State Prison (Prison Worker)
- IF YES, how much do you earn per month? $56.00
- IF NO, give month and year of last employment. How much did you earn per month $____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $____ Prison work only

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE $____ DESCRIPTION ____

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: ____
- List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- Creditors | Total Debt | Monthly Payt.
- APARTMENT OR HOME: ____ | $____ | $____

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Robert Hendrickson    Aug. 16, 04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH

MASSACHUSETTS  
DEPARTMENT OF CORRECTION  
Inmate Transaction History  
Summary Report

NCCI-GARDNER

| | | | |
|---|---|---|---|
| Inmate Name............ | Robert | Hendrickson | |
| Commitment number.... | W48459 | | |
| Period encompassed.... | 2/4/04 | THRU | 8/4/04 |
| Six Month Average Daily Balance | 7.23 | 171.49 | 178.72 |
| 20% of Six Month Average Daily Balance | 35.74 | | |
| Total Expenditures for Period | | | 200.80 |
| Total Income for Period | | | 309.14 |

To the best of my knowledge, the above
summary information is true and accurate:

Signed _____Sheila Cregg_____
Sheila Cregg, Treasurer

Time: _____8:50 AM_____

Date: _____8/4/04_____

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040804 08:32

| Commit# : | W49459 | | | | NCCI GARDNER | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Name : | HENDRICKSON, ROBERT, W. | | | Statement From | 20040204 | | | |
| Inst : | NCCI GARDNER | | | To | 20040804 | | | |
| Block : | THOMPSON-1 | | | | | | | |
| Cell/Bed : | 121 /B | | | | | | | |

.14   1361/6

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $55.74 | $55.60 | $303.88 | $167.72 |
| 20040210 11:40 | IS - Interest | 2363889 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2363890 | | GAR | | $0.00 | $0.00 | $0.17 | $0.00 |
| 20040211 23:10 | PY - Payroll | 2386515 | | GAR | ~20040125 To 20040131 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040211 23:10 | PY - Payroll | 2386516 | | GAR | ~20040125 To 20040131 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040218 23:09 | PY - Payroll | 2414230 | | GAR | ~20040201 To 20040207 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040218 23:09 | PY - Payroll | 2414231 | | GAR | ~20040201 To 20040207 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2443666 | | GAR | ~20040208 To 20040214 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2443667 | | GAR | ~20040208 To 20040214 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040301 15:03 | AT - Account Transfer | 2454314 | | GAR | ~Musician's Friend~W49459 HENDRICKSON,ROBERT W PERSONAL | $25.94 | $0.00 | $0.00 | $25.94 |
| 20040301 15:04 | EX - External Disbursement | 2454316 | 33630 | GAR | ~Musician's Friends | $0.00 | $25.94 | $0.00 | $0.00 |
| 20040303 22:30 | CN - Canteen | 2465940 | | GAR | ~Canteen Date : 20040303 | $0.00 | $7.53 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2473054 | | GAR | ~20040215 To 20040221 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2473055 | | GAR | ~20040215 To 20040221 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040308 13:32 | IC - Transfer from Inmate to Club A/c | 2483587 | | GAR | ~M.V.P. DUES~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495225 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495226 | | GAR | | $0.00 39.94 | $0.00 37.47 | $0.17 14.34 | $0.00 25.94 |
| 20040310 22:30 | CN - Canteen | 2511319 | | GAR | ~Canteen Date : 20040310 | $0.00 | $2.43 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2518460 | | GAR | ~20040222 To 20040228 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2518461 | | GAR | ~20040222 To 20040228 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2547567 | | GAR | ~20040229 To 20040306 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2547568 | | GAR | ~20040229 To 20040306 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040324 22:30 | CN - Canteen | 2569738 | | GAR | ~Canteen Date : 20040324 | $0.00 | $6.90 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2576719 | | GAR | ~20040307 To 20040313 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2576720 | | GAR | ~20040307 To 20040313 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040329 10:42 | ML - Mail | 2586333 | | GAR | ~UNREADABLE | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040330 22:30 | CN - Canteen | 2593138 | | GAR | ~Canteen Date : 20040330 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20040331 14:24 | IC - Transfer from Inmate to Club A/c | 2596810 | | GAR | ~HAIR CUT 3/26/04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040331 23:02 | PY - Payroll | 2604797 | | GAR | ~20040314 To 20040320 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040331 23:02 | PY - Payroll | 2604798 | | GAR | ~20040314 To 20040320 | $0.00 | $0.00 | $3.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040804 08:32

| | | | | |
|---|---|---|---|---|
| Commit#: | W49459 | | NCCI GARDNER | Page: 2 |
| Name: | HENDRICKSON, ROBERT, W, | Statement From | 20040204 | |
| Inst: | NCCI GARDNER | To | 20040804 | |
| Block: | THOMPSON-1 | | | |
| Cell/Bed: | 121/B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040407 22:30 | CN - Canteen | 2625560 | | GAR | ~Canteen Date : 20040407 | $0.00 | $25.52 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2634429 | | GAR | ~20040321 To 20040327 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2634430 | | GAR | ~20040321 To 20040327 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040413 11:06 | IS - Interest | 2655739 | | GAR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2655740 | | GAR | | $0.00 | $0.00 | $0.17 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2679183 | | GAR | ~20040328 To 20040403 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2679184 | | GAR | ~20040328 To 20040403 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040421 23:02 | PY - Payroll | 2707086 | | GAR | ~20040404 To 20040410 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040421 23:02 | PY - Payroll | 2707087 | | GAR | ~20040404 To 20040410 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040427 10:51 | IC - Transfer from Inmate to Club A/c | 2721080 | | GAR | ~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $8.38 | $0.00 | $0.00 |
| 20040427 11:03 | IC - Transfer from Inmate to Club A/c | 2721158 | | GAR | ~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040428 22:30 | CN - Canteen | 2728661 | | GAR | ~Canteen Date : 20040428 | $0.00 | $4.17 | $0.00 | $0.00 |
| 20040428 23:02 | PY - Payroll | 2735313 | | GAR | ~20040411 To 20040417 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040428 23:02 | PY - Payroll | 2735314 | | GAR | ~20040411 To 20040417 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040504 22:30 | CN - Canteen | 2751602 | | GAR | ~Canteen Date : 20040504 | $0.00 | $5.23 | $0.00 | $0.00 |
| 20040505 23:02 | PY - Payroll | 2764122 | | GAR | ~20040418 To 20040424 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040505 23:02 | PY - Payroll | 2764123 | | GAR | ~20040418 To 20040424 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040511 22:30 | CN - Canteen | 2781183 | | GAR | ~Canteen Date : 20040511 | $0.00 | $3.64 | $0.00 | $0.00 |
| 20040512 23:02 | PY - Payroll | 2792825 | | GAR | ~20040425 To 20040501 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040512 23:02 | PY - Payroll | 2792826 | | GAR | ~20040425 To 20040501 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040513 07:32 | IS - Interest | 2800019 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2800020 | | GAR | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20040514 14:51 | IC - Transfer from Inmate to Club A/c | 2816036 | | GAR | ~PHOTO PURCHASE~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040519 22:30 | CN - Canteen | 2828418 | | GAR | ~Canteen Date : 20040519 | $0.00 | $1.90 | $0.00 | $0.00 |
| 20040521 11:42 | PY - Payroll | 2843916 | | GAR | ~20040502 To 20040508 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040521 11:42 | PY - Payroll | 2843917 | | GAR | ~20040502 To 20040508 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040526 22:30 | CN - Canteen | 2857958 | | GAR | ~Canteen Date : 20040526 | $0.00 | $6.88 | $0.00 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2867237 | | GAR | ~20040509 To 20040515 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2867238 | | GAR | ~20040509 To 20040515 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040602 23:02 | PY - Payroll | 2890606 | | GAR | ~20040516 To 20040522 | $7.00 | $0.00 | $0.00 | $0.00 |

Handwritten annotations: 47.50, 38.35, 17.50 (near 20040407 row); 14.01, 21.78, 14.17 (near 20040505 row)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040804 08:32

| Commit# : | W49459 | | NCCI GARDNER | Page: 3 |
| --- | --- | --- | --- | --- |
| Name : | HENDRICKSON, ROBERT, W, | Statement From | 20040204 | |
| Inst : | NCCI GARDNER | To | 20040804 | |
| Block : | THOMPSON-1 | | | |
| Cell/Bed : | 121/B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20040602 23:02 | PY - Payroll | 2890607 | | GAR | ~20040516 To 20040522 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040603 22:30 | CN - Canteen | 2895487 | | GAR | ~Canteen Date : 20040602 | $0.00 | $4.56 | $0.00 | $0.00 |
| 20040604 10:32 | IC - Transfer from Inmate to Club A/c | 2899045 | | GAR | ~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2923211 | | GAR | ~20040523 To 20040529 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2923212 | | GAR | ~20040523 To 20040529 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2929719 | | GAR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2929720 | | GAR | | $0.00 | $0.00 | $0.22 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2942873 | | GAR | ~Canteen Date : 20040609 | $0.00 | $3.24 | $0.00 | $0.00 |
| 20040616 22:30 | CN - Canteen | 2960859 | | GAR | ~Canteen Date : 20040616 | $0.00 | $11.37 | $0.00 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2969806 | | GAR | ~20040530 To 20040605 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2969807 | | GAR | ~20040530 To 20040605 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040622 22:30 | CN - Canteen | 2985986 | | GAR | ~Canteen Date : 20040622 | $0.00 | $7.26 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2998574 | | GAR | ~20040606 To 20040612 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2998575 | | GAR | ~20040606 To 20040612 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040630 22:30 | CN - Canteen | 3018574 | | GAR | ~Canteen Date : 20040630 | $0.00 | $6.76 | $0.00 | $0.00 |
| 20040630 23:03 | PY - Payroll | 3027215 | | GAR | ~20040613 To 20040619 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040630 23:03 | PY - Payroll | 3027216 | | GAR | ~20040613 To 20040619 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3056203 | | GAR | ~20040620 To 20040626 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3056204 | | GAR | ~20040620 To 20040626 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040708 15:18 | IC - Transfer from Inmate to Club A/c | 3058722 | | GAR | ~Clothing Purchase~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $4.59 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077643 | | GAR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077644 | | GAR | | $0.00 | $0.00 | $0.25 | $0.00 |
| 20040714 22:30 | CN - Canteen | 3092478 | | GAR | ~Canteen Date : 20040714 | $0.00 | $8.57 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3101052 | | GAR | ~20040627 To 20040703 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3101053 | | GAR | ~20040627 To 20040703 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040716 14:08 | IC - Transfer from Inmate to Club A/c | 3108415 | | GAR | ~mvp~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20040721 22:30 | CN - Canteen | 3121135 | | GAR | ~Canteen Date : 20040721 | $0.00 | $5.01 | $0.00 | $0.00 |
| 20040721 23:03 | PY - Payroll | 3129676 | | GAR | ~20040704 To 20040710 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040721 23:03 | PY - Payroll | 3129677 | | GAR | ~20040704 To 20040710 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040728 22:30 | CN - Canteen | 3150879 | | GAR | ~Canteen Date : 20040728 | $0.00 | $7.98 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040804 08:32

| Commit# : | W49459 | | | | NCCI GARDNER | | Page : 4 |
| Name : | HENDRICKSON, ROBERT, W, | | | Statement From | 20040204 | | |
| Inst : | NCCI GARDNER | | | To | 20040804 | | |
| Block : | THOMPSON-1 | | | | | | |
| Cell/Bed : | 121 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040728 23:03 | PY - Payroll | 3158200 | | GAR | ~20040711 To 20040717 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3158201 | | GAR | ~20040711 To 20040717 | $0.00 | $0.00 | $7.00 | $0.00 |
| | | | | | | 21.01 | 23.50 | 21.25 | 0 |
| | | | | | | $181.98 | $174.86 | $127.16 | $25.94 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $7.26 | $237.38 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $7.26 | $237.38 | $0.00 | $0.00 | $0.00 | $0.00 |