UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HENDRICKSON<br>Petitioner,<br><br>v.<br><br>STEVEN O'BRIEN<br>Respondent. | )<br>)<br>)<br>)<br>) Civil Action No. 04-40153-FDS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, Steven O'Brien, the Superintendent of the North Central Correctional Institution, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*/s/ Eva M. Badway/*
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: September 2, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2004, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Robert Hendrickson, *pro se*, North Central Correctional Institution, P.O. Box 466, 500 Colony Road, Gardner, MA 01440.

*/s/ Eva M. Badway/*
Eva M. Badway