UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HENDRICKSON )<br>   Petitioner, )<br>)<br>v. )<br>)<br>STEVEN O'BRIEN )<br>   Respondent. )<br>) | Civil Action No. 04-40153-FDS |

## RESPONDENT'S MOTION TO DISMISS

Steven O'Brien, the Superintendent of the North Central Correctional Institution, the respondent, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that the petition is time-barred. *See* 28 U.S.C. § 2244(d)(1). In further support of this motion, the respondent has filed herewith a memorandum of law.

WHEREFORE, the respondent respectfully requests that this Court dismiss this petition with prejudice.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: September 2, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2004, I caused a copy of the above <u>Motion to Dismiss</u> to be served by first-class mail, postage prepaid, upon Robert Hendrickson, *pro se*, North Central Correctional Institution, P.O. Box 466, 500 Colony Road, Gardner, MA 01440.

Eva M. Badway

**Exhibit A**

Case 4:04-cv-40153-FDS    Document 6    Filed 09/03/2004    Page 3 of 15

**COMMONWEALTH VS.** ROBERT W. HENDRICKSON                    90 — 2250

OF WORCESTER

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | |
| WORCESTER, SS. | |
| SUPERIOR COURT | |
| CRIMINAL DOCKET | |

Offense: Armed Assault with Intent to Murder 265/15

Place: Worcester

Surety and amount:

Counsel: John Roemer, Public Counsel, 340 Main Street, Worcester 10/25/90

Justice disposing of case: Mulkern, J.

844621

| Date | | |
|---|---|---|
| 1990 August 17 | 1 | Indictment |
| 20 | | Summons - return day 9/4/90 |
| Sept. 4 | 1 | Plea Not Guilty |
| | | Bail $10,000 cash without prejudice (Greenberg, J.) |
| | | Bail Warrant issued |
| | | Conference and report 9/18/90 |
| Oct. 1 | 2 | Pretrial Conference, filed and approved (O'Neil, J.) |
| | 3 | Motion for Bill of Particulars, filed in Court and Allowed by agreement (O'Neil, J.) |
| | 4 | Motion for Exculpatory Evidence - Criminal Records of Commonwealth Witness, filed in Court and Allowed by agreement (O'Neil, J.) |
| | 5 | Motion for Medical and Physical Evidence-Hospital Records and Johnson Rape Kits, filed in Court and Allowed by agreement (O'Neil, J.) |
| | 6 | Motion to Inspect Medical Records, filed in Court and Allowed by agreement (O'Neil, J.) |
| | 16 | Motion for Bill of Particulars, filed. |
| | 7 | Motion for Exculpatory Evidence-Criminal Records of Comm. Witness, filed. |
| | 8 | |
| Nov. 23 | 9 | Motion #8 Allowed (Tuttle, J.) |
| 26 | 10 | Request for Jury Instructions, filed and Denied (Mulkern, J.) |
| | 11 | Motion in Limine to Exclude evidence of Defendant's Prior Conviction(s), filed in Court |
| 26 | 12 | Verdict--Not Guilty Defendant discharged (Mulkern, J.) |

**Exhibit B**

# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
### Case Summary
### Criminal Docket

## Commonwealth v Hendrickson, Robert W

Details for Docket: WOCR1990-02251

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1990-02251 | **Caption:** | Commonwealth v Hendrickson, Robert W |
| **Entry Date:** | 08/17/1990 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 01/13/2004 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 09/21/1995 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: WOCR1990-02251

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Hendrickson | **First Name:** | Robert W |
| **Address:** | P. O. Box 8000 | **Address:** | |
| **City:** | Shirley | **State:** | MA |
| **Zip Code:** | 01464 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: WOCR1990-02251

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| Last Name: | Schubert | First Name: | Greg T |
| Address: | 1365 Main Street | Address: | |
| City: | Springfield | State: | MA |
| Zip Code: | 01103 | Zip Ext: | |
| Telephone: | 413-746-1313 | Tel Ext: | |
| Fascimile: | 413-746-3102 | Representing: | Hendrickson, Robert W (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| Last Name: | Methe | First Name: | James E |
| Address: | 21 Stockbridge Street | Address: | |
| City: | Springfield | State: | MA |
| Zip Code: | 01103 | Zip Ext: | |
| Telephone: | 413-746-9257 | Tel Ext: | |
| Fascimile: | 413-732-5828 | Representing: | Hendrickson, Robert W (Defendant) |

## Calendar Events

No Calendar Events found for Docket: WOCR1990-02251.

There are currently no calendar events associated with this case.

## Full Docket Entries

112 Docket Entries for Docket: WOCR1990-02251

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/17/1990 | 1 | Indictment returned |
| 10/24/1994 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) RE: |
| 10/24/1994 | | Denial of Motion for New Trial - Notices mailed to John J. Conte, |
| 10/24/1994 | | District Attorney and to Defendant, Robert Hendrickson, pro se. |
| 10/24/1994 | | Mailed to Appeals Court together with 2 certified copies of docket |
| 10/24/1994 | | entries & Clerk's Statement of Case. |
| 10/27/1994 | | Case entered in Appeals Court on 10/25/94. Appeals Crt. No. 94-P-1749 |
| 09/18/1995 | 19 | Rescript rec'd from Appeals Court - Order denying Motion for New |

| Date | # | Entry |
|---|---|---|
| 09/18/1995 | 19 | Trial AFFIRMED (Dated in Appeals Court on 8/15/95) |
| 03/03/1998 | | Motion (P#4) This motion is denied without hearing (Travers,J.) See motion for judge's endorsement. (Copy to DA, Atty Schubert & Defendant) |
| 03/04/1998 | 20 | Appearance of Deft's Atty: Schubert |
| 10/22/1998 | | Atty Methe appointed by CPCS to review case to determine whether counsel should be appointed |
| 09/03/1999 | 21 | Deft files Motion to Vacate Guilty Plea and/or Admission to Sufficient Facts w/Memorandum of Law in Support and Affidavit of Robert Hendrickson w/attachments |
| 10/12/1999 | 22 | Deft files Motion for Marking Defendant's Request for a Hearing |
| 10/12/1999 | 23 | Deft files Motion for Writ of Habeas Corpus Ad-Testificandum |
| 10/26/1999 | 24 | Deft files Motion for Appointment of Counsel |
| 11/29/1999 | | Motion (P#21) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | Motion (P#22) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | Motion (P#23) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | Motion (P#24) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | 25 | ORDER on Defendant's Motion for Appointment of Counsel - Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | 26 | ORDER on Defendant's Motion for a Writ of Habeas Corpus Ad-Testificandum - Denied (Donohue,J.) |
| 11/29/1999 | 27 | ORDER on Defendant's Motion for a Hearing Date - Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | 28 | ORDER on Defendant's Motion to Vacate Guilty Pleas and/or Admission to Sufficient Facts - Denied (Donohue,J.) Copy to DA & Defendant |
| 12/06/1999 | 29 | Notice of appeal (P#21) |
| 12/07/1999 | 30 | Deft files Motion for Free Transcripts w/Affidavit of Indigency and Request for Waiver, Substitution or State Payment of Fees and Costs |
| 01/06/2000 | | Motion (P#30) Allowed (Donohue,J.) |
| 01/11/2000 | | Court Reporter Ron Francescone is hereby notified to prepare one copy of the transcript of the evidence of 11/26/1990 per Allowed Motion #30 |
| 01/31/2000 | 31 | Deft files Application to Proceed in Forma Pauperis w/Affidavit of Indigency w/ attachments |
| 02/01/2000 | | Transcript received from Ron Francescone, 2 volumes, November 26, 1990 |
| 02/11/2000 | | Record assembled. Notices mailed to John J. Conte, District Attorney and to Robert Hendrickson, Pro se. Notice under Appellate Rule 9(d) mailed to Appeals Court together with the Denied motion, 2 Certified copies of docket entries, Clerk's Statement of Case & Notice of Appeal. |
| 02/16/2000 | | Case entered in Appeals Court 2/15/00, #00-P-286 |
| 07/18/2001 | 32 | Rescript received from Appeals Court; Order denying motion to vacate |

| Date | Paper # | Description |
|---|---|---|
| 07/18/2001 | 32 | guilty pleas affirmed (Ashley Ahearn,Clerk) Copy to DA, Probation & Defendant |
| 10/09/2002 | | copy of pre-trial conference report sent on October 09, 2002 to defendant per his request (See case # 2250 for report on offenses 90-2550-2256) |
| 01/09/2003 | 33 | Defendant files Motion to Withdraw Guilty Plea and Order a New Trial, Affidavit in Support, Memorandum of Law and incorporated Exhibits "A" through "D" and certificate of service. |
| 01/09/2003 | 34 | Deft files Motion for Appointment of Counsel |
| 01/09/2003 | 35 | Deft files Motion for Evidentiary Hearing |
| 01/16/2003 | | Motion (P#33) denied as waived (See Order P#36) (Francis R. Fecteau, Justice (R.A.J.)). Copies mailed to DA and Defendant |
| 01/16/2003 | | Re: (P#34) In light of action on Paper # 33, no action is necessary. (Fecteau,J) (Copies sent to DA and deft) |
| 01/16/2003 | | Re: (P#35) In light of action on Paper # 33, no action is necessary. (Fecteau,J) (Copies sent to DA and deft) |
| 01/16/2003 | 36 | ORDERED: on defendant's Motion to Withdraw Guilty Plea and Order a New Trial (The issues alleged by the defendant's present motion are deemed waived - See Order) (Francis R. Fecteau, Justice (R.A.J.)) (copies sent to DA and defendent) |
| 01/28/2003 | 37 | Deft files Notice of appeal (Denial of Motion for New Trial) |
| 02/13/2003 | 38 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) (copies to DA, prob & deft) |
| 02/21/2003 | 39 | Notice of Entry of appeal received from the Appeals Court No. 2003-P-0227 (See case # 90-2251 P#39) |
| 03/07/2003 | 40 | General correspondence regarding defendant's sent two (2) appellate briefs / one (1) was sent to the District Attorney's Office and the other place in the file |
| 08/12/2003 | 41 | Motion by Deft: for Free Transcript on Probation Surrender Hearing dated November 26, 1990 before Judge Mulkern and court reporter R. Fransecone on case 89-1964 |
| 09/03/2003 | | Motion (P#41) deft request for the probation hearing surrendering hearing pages 264 thru 268 sent to the deft per Judge Fecteau Copies mailed to the deft September 03, 2003 |
| 09/03/2003 | | case in post-conviction |
| 01/13/2004 | 42 | Rescript received from Appeals Court; judgment AFFIRMED Order denying motion to withdraw guilty plea and order new trial affirmed |
| 04/08/2004 | 43 | Motion by Deft: for Release from Unlawful Restraint with Affidavit and Memorandum in support of |
| 04/08/2004 | 44 | Motion for appointment of counsel |
| 05/04/2004 | 45 | Motion by Deft: to release from unlawful restraint with affidavit and |

| Date | # | Description |
|---|---|---|
| 05/04/2004 | 45 | memorandum in support of |
| 05/04/2004 | 46 | Motion for appointment of counsel |
| 06/15/2004 | | Motion Re: P# 43 - The Commonwealth shall have 45 days within which to file a responsive pleading (McCann,J) |
| 06/15/2004 | | Motion Re: P#45 Commonwealth shall have 45 days within which to file an opposition (McCann,J) |
| 07/21/2004 | 47 | Motion by Deft: for interlocutory hearing of evidence with affidavit in support of (sent to Judge McCann) |
| 07/28/2004 | 48 | Motion by Commonwealth: opposition to defendant's motion to release from unlawful restraint (sent to Judge McCann) |
| 07/29/2004 | | Motion (P#47) denied (McCann, Justice). Copies mailed to DA and deft (see case # 90-2251) |
| 07/29/2004 | | Motion (P#48) Defendant's motion to be released from unlawful restraint is denied setforth in the Commonwealth Opposition. (McCann, Justice). Copies mailed to DA and the deft |
| 07/30/2004 | 49 | Motion by Deft: rebuttal to the Commonwelath's opposition (sent to Judge McCann) |
| 08/06/2004 | 50 | Motion for appointment of counsel |
| 08/06/2004 | 51 | Motion by Deft: for declaratory judgement and for a writ of habeas corpus with release from unlawful restraints pursuant to MGL 231(A) s1 et, al with affidavit and memorandum in support of |
| 08/18/2004 | | Motion (P#50) Refer to CPCS for screening (McCann,J) deft notified |

## Charges

1 Charges for Docket: WOCR1990-02251

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Rape, aggravated | WODA90-02251 | Guilty plea |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

**Exhibit C**

# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
### Case Summary
### Criminal Docket

## Commonwealth v Hendrickson, Robert W

Details for Docket: WOCR1990-02253

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1990-02253 | **Caption:** | Commonwealth v Hendrickson, Robert W |
| **Entry Date:** | 08/17/1990 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 01/13/2004 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 09/25/1995 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: WOCR1990-02253

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Hendrickson | **First Name:** | Robert W |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

No Attorneys found for Docket: WOCR1990-02253.

There are currently no attorneys associated with this case.

## Calendar Events

No Calendar Events found for Docket: WOCR1990-02253.

There are currently no calendar events associated with this case.

## Full Docket Entries

82 Docket Entries for Docket: WOCR1990-02253

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/17/1990 | 1 | Indictment returned |
| 10/24/1994 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) RE: |
| 10/24/1994 | | Denial of Motion for New Trial - Notices mailed to John J. Conte, |
| 10/24/1994 | | District Attorney and to Defendant, Robert Hendrickson, pro se. |
| 10/24/1994 | | Mailed to Appeals Court together with 2 certified copies of docket |
| 10/24/1994 | | entries & Clerk's Statement of Case. |
| 10/27/1994 | | Case entered in Appeals Court on 10/25/94. App. Crt. No. 94-P-1749. |
| 09/18/1995 | | Rescript rec'd from Appeals Court - Order denying Motion for New |
| 09/18/1995 | | Trial AFFIRMED(Dated in Appeals Court on 8/15/95)(See Mo. #19 in case |
| 09/18/1995 | | #90-2251) |
| 09/03/1999 | | Deft files Motion to Vacate Guilty Plea and/or Admission to |
| 09/03/1999 | | Sufficient Facts w/Memorandum of Law in Support and Affidavit of |
| 09/03/1999 | | Robert Hendrickson w/attachments (See P#21 in Docket #90-02251) |
| 10/12/1999 | | Deft files Motion for Marking Defendant's Request for a Hearing (See |
| 10/12/1999 | | P#22 in docket #90-02251) |
| 10/12/1999 | | Deft files Motion for Writ of Habeas Corpus Ad-Testificandum (See |
| 10/12/1999 | | P#23 in Docket #90-02251) |
| 10/26/1999 | | Deft files Motion for Appointment of Counsel (See P#24 in Docket |
| 10/26/1999 | | #90-02251) |
| 11/29/1999 | | Motion (P#21) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | Motion (P#22) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | Motion (P#23) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | Motion (P#24) Denied (Donohue,J.) Copy to DA & Defendant |
| 11/29/1999 | | ORDER on Defendant's Motion for Appointment of Counsel - Denied (See |
| 11/29/1999 | | P#25 in Docket #90-02251) |
| 11/29/1999 | | ORDER on Defendant's Motion for a Writ of Habeas Corpus Ad |

| Date | Entry |
|---|---|
| 11/29/1999 | Testificandum - Denied (Donohue,J.) Copy to DA & Defendant (See P#26 in Docket #90-02251) |
| 11/29/1999 | ORDER on Defendant's Motion for a Hearing Date - Denied (Donohue,J.) Copy to DA & Defendant (See P#27 in Docket #90-02251) |
| 11/29/1999 | ORDER on Defendant's Motion to Vacate Guilty Pleas and/or Admission to Sufficient Facts - Denied (Donohue,J.) Copy to DA & Defendant (See P#28 in Docket #90-02251) |
| 12/06/1999 | Notice of appeal (P#21) (See P#29 in Docket #90-02251) |
| 12/07/1999 | Deft files Motion for Free Transcripts w/Affidavit of Indigency and Request for Waiver, Substitution or State Payment of Fees and Costs (See P#30 in Docket #90-02251) |
| 01/06/2000 | Motion (P#30) Allowed (Donohue,J.) |
| 01/11/2000 | Court Reporter Ron Francescone is hereby notified to prepare one copy of the transcript of the evidence of 11/26/1990 per Allowed Motion #30. |
| 02/01/2000 | Transcript received from Ron Francescone, 2 volumes, November 26,1990. |
| 02/11/2000 | Record Assembled. Notices mailed to John J. Conte, District Attorney and to Robert Hendrickson, Pro se. Notice under Appellate Rule 9(d) mailed to Appeals Court together with the Denied motion, 2 certified copies of docket entries, Clerk's Statement of Case & Notice of Appeal. |
| 02/16/2000 | Case entered in Appeals Court 2/15/00, #00-P-286 |
| 10/09/2002 | copy of pre-trial conference report sent on October 09, 2002 to defendant per his request (See case # 2250 for report on offenses 90-2550-2256) |
| 01/09/2003 | Defendant files Motion to Withdraw Guilty Plea and Order a New Trial, Affidavit in Support, Memorandum of Law and incorporated Exhibits "A" through "D" and certificate of service (See case 1990-2251, P#33) |
| 01/09/2003 | Deft files Motion for Appointment of Counsel (P#34) |
| 01/09/2003 | Deft files Motion for Evidentiary Hearing (#35) |
| 01/16/2003 | Motion (P#33) denied as waived (See Order P#36) (Francis R. Fecteau, Justice (R.A.J.)). Copies mailed to DA and Defendant (See Case # 90-2251) |
| 01/16/2003 | Re: (P#34) In light of action on Paper # 33, no action is necessary. (Fecteau,J) (Copies sent to DA and deft) (See case #90-2251) |
| 01/16/2003 | Re: (P#35) In light of action on Paper # 33, no action is necessary. (Fecteau,J) (Copies sent to DA and deft) (See case #90-2251) |
| 01/16/2003 | ORDERED: on defendant's Motion to Withdraw Guilty Plea and Order a New Trial (The issues alleged by the defendant's present motion are deemed waived - See Order) (See Case # 90-2251 P#36) (Francis R. Fecteau, Justice (R.A.J.)) (copies sent to DA and defendant) |

| | |
|---|---|
| 01/28/2003 | NOTICE of APPEAL (Denial of Motion for New Trial) FILED (see P#37, |
| 01/28/2003 | case #90-2251) |
| 02/13/2003 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 02/13/2003 | (copies to DA, prob & deft) (see P#38, case #90-2251) |
| 02/21/2003 | Notice of Entry of appeal received from the Appeals Court No. |
| 02/21/2003 | 2003-P-0227 (See case # 90-2251 P#39) |
| 03/07/2003 | General correspondence regarding defendant's sent two (2) appellate |
| 03/07/2003 | briefs / one (1) was sent to the District Attorney's Office and the |
| 03/07/2003 | other place in the file (see case #90-02251 P#40) |
| 08/12/2003 | Motion by Deft: for Free Transcript on Probation Surrender Hearing |
| 08/12/2003 | dated November 26, 1990 before Judge Mulkern and court reporter R. |
| 08/12/2003 | Fransecone on case 89-1964 (see case # 90-2251 P# 41) |
| 01/13/2004 | Rescript received from Appeals Court; judgment AFFIRMED Order denying |
| 01/13/2004 | motion to withdraw guilty plea and order new trial affirmed (see |
| 01/13/2004 | case 90-2251 P#42) |

## Charges

1 Charges for Docket: WOCR1990-02253

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Indecent assault & battery on person 14 or over | WODA90-02253 | Guilty plea |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.