**Exhibit D**

# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Hendrickson, Robert W

Details for Docket: WOCR1990-02254

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1990-02254 | **Caption:** | Commonwealth v Hendrickson, Robert W |
| **Entry Date:** | 08/17/1990 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 09/18/1995 | **Session:** | Disposed (appeal denied |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 08/30/1993 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: WOCR1990-02254

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Hendrickson | **First Name:** | Robert W |
| **Address:** | NCCI Gardner | **Address:** | P.O. Box 466 |
| **City:** | Gardner | **State:** | MA |
| **Zip Code:** | 01440 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

1 Attorneys Involved for Docket: WOCR1990-02254

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| **Last Name:** | Schubert | **First Name:** | Greg T |
| **Address:** | 1365 Main Street | **Address:** | |
| **City:** | Springfield | **State:** | MA |
| **Zip Code:** | 01103 | **Zip Ext:** | |
| **Telephone:** | 413-746-1313 | **Tel Ext:** | |
| **Fascimile:** | 413-746-3102 | **Representing:** | Hendrickson, Robert W (Defendant) |

## Calendar Events

No Calendar Events found for Docket: WOCR1990-02254.

There are currently no calendar events associated with this case.

## Full Docket Entries

71 Docket Entries for Docket: WOCR1990-02254

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/17/1990 | 1 | Indictment returned |
| 11/26/1990 | | RE offense 1: Guilty verdict |
| 08/30/1993 | | Continued from docket sheet |
| 08/30/1993 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) |
| 08/30/1993 | | together with 2 certified copise of docket entries and Clerk's |
| 08/30/1993 | | Statement of Case. Notices mailed to John J. Conte, District Attorney |
| 08/30/1993 | | and to Defendant. |
| 01/26/1994 | 20 | Dismissal under Standing Order #17A filed(Dated in Appeals Court on |
| 01/26/1994 | 20 | 1/7/94) |
| 10/24/1994 | 21 | Deft files Motion for New Trial Pursuant to Mass.R.Crim.P. 30 and |
| 10/24/1994 | 21 | Affidavit and Brief in Support, filed. |
| 10/28/1994 | | Mo. #21 - This motion will not be considered. The defendant filed a |
| 10/28/1994 | | Motion for New Trial 7/21/92(after the denial of is direct appeal on |
| 10/28/1994 | | 5/15/91). It was denied 7/23/92 by the trial judge. He noticed an |
| 10/28/1994 | | appeal 8/11/92. After the trial judges retirement, he filed a Motion |
| 10/28/1994 | | to Amend his Motion for New Trial on 9/17/92. This justice Denied it |
| 10/28/1994 | | 3/1/93. The Appeals Court dismissed his appeal 1/7/94., He now files |
| 10/28/1994 | | this Second Motion for New Trial, all of the grounds asserted were |

| | | |
|---|---|---|
| 10/28/1994 | | well known prior to his previous motion(Travers,J.) - Notified D.A. |
| 10/28/1994 | | and Defendant. |
| 11/04/1994 | 22 | Notice of appeal RE: Denial of Motion for New Trial. |
| 11/04/1994 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) Notices |
| 11/04/1994 | | mailed to John J. Conte, District Attorney and to Robert Hendrickson, |
| 11/04/1994 | | pro se. Mailed to Appeals Court together with 2 certified copies of |
| 11/04/1994 | | docket entries and Clerk's Statement of Case. |
| 09/18/1995 | 23 | Rescript rec'd from Appeals Court - Order denying Motion for New |
| 09/18/1995 | 23 | Trial AFFIRMED(Dated in Appeals Court 8/15/95) - copy to D.A. & |
| 09/18/1995 | 23 | Defendant. |
| 03/03/1998 | | Motion (P#4) This motion is denied without hearing (Travers,J.) See |
| 03/03/1998 | | motion in Docket #90-02251 for judge's endorsement. (Copy to DA, Atty |
| 03/03/1998 | | Schubert & Defendant) |
| 03/03/1998 | | Appearance of Deft's Atty: Schubert (See P#20 in Docket #90-02251) |
| 10/22/1998 | | Atty Methe appointed by CPCS to review case to determine whether |
| 10/22/1998 | | counsel should be appointed |
| 09/03/1999 | | Deft files Motion to Vacate Guilty Plea and/or Admission to |
| 09/03/1999 | | Sufficient Facts w/Memorandum of Law in Support and Affidavit of |
| 09/03/1999 | | Robert Hendrickson w/attachments (See P#21 in Docket #90-02251) |
| 10/12/1999 | | Deft files Motion for Marking Defendant's Request for a Hearing (See |
| 10/12/1999 | | P#22 in Docket #90-02251) |
| 10/12/1999 | | Deft files Motion for Writ of Habeas Corpus Ad-Testificandum (See |
| 10/12/1999 | | P#23 in Docket #90-02251) |
| 10/26/1999 | | Deft files Motion for Appointment of Counsel (See P#24 in Docket |
| 10/26/1999 | | #90-02251) |
| 11/29/1999 | | Motion (P#21) Denied (Donohue,J.) Copy to DA & Defendant (See P#21 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Motion (P#22) Denied (Donohue,J.) Copy to DA & Defendant (See P#22 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Motion (P#23) Denied (Donohue,J.) Copy to DA & Defendant (See P#23 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Motion (P#24) Denied (Donohue,J.) Copy to DA & Defendant (See P#24 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Order on Defendant's Motion for Appointment of Counsel - Denied |
| 11/29/1999 | | (Donohue,J.) Copy to DA & Defendant (See P#25 in Docket #90-02251) |
| 11/29/1999 | | ORDER on Defendant's Motion for a Writ of Habeas Corpus |
| 11/29/1999 | | Ad-Testificandum - Denied (Donohue,J.) Copy to DA & Defendant (See |
| 11/29/1999 | | P#26 in Docket #90-02251) |
| 11/29/1999 | | ORDER on defendant's Motion for a Hearing Date - Denied (Donohue,J.) |
| 11/29/1999 | | Copy to DA & Defendant (See P#27 in Docket #90-02251) |
| 11/29/1999 | | ORDER on Defendant's Motion to Vactae Guilty Pleas and/or Admission |

| | |
|---|---|
| 11/29/1999 | to Sufficient Facts - Denied (Donohue,J.) Copy to DA & defendant (See |
| 11/29/1999 | P#28 in Docket #90-02551) |
| 12/06/1999 | Notice of appeal (P#21) (See P#29 in Docket #90-02251) |
| 12/07/1999 | Deft files Motion for Free Transcripts w/Affidavit of Indigency and |
| 12/07/1999 | Request for Waiver, Substitution or State Payment of Fees and Costs |
| 12/07/1999 | (See P#30 in Docket #90-02251) |
| 10/09/2002 | copy of pre-trial conference report sent on October 09, 2002 to |
| 10/09/2002 | defendant per his request (See case # 2250 for report on offenses |
| 10/09/2002 | 90-2550-2256) |
| 08/12/2003 | Motion by Deft: for Free Transcript on Probation Surrender Hearing |
| 08/12/2003 | dated November 26, 1990 before Judge Mulkern and court reporter R. |
| 08/12/2003 | Fransecone on case 89-1964 (see case # 90-2251 P# 41) |

## Charges

1 Charges for Docket: WOCR1990-02254

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Assault & battery, dangerous weapon | WODA90-02254 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

**Exhibit E**

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth v Hendrickson, Robert W

Details for Docket: WOCR1990-02255

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1990-02255 | **Caption:** | Commonwealth v Hendrickson, Robert W |
| **Entry Date:** | 08/17/1990 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 01/13/2004 | **Session:** | Disposed (appeal denied |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 09/25/1995 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: WOCR1990-02255

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Hendrickson | **First Name:** | Robert W |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Plaintiff |
|---|---|---|---|
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

No Attorneys found for Docket: WOCR1990-02255.

There are currently no attorneys associated with this case.

## Calendar Events

No Calendar Events found for Docket: WOCR1990-02255.

There are currently no calendar events associated with this case.

## Full Docket Entries

85 Docket Entries for Docket: WOCR1990-02255

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/17/1990 | 1 | Indictment returned |
| 10/24/1994 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) RE: |
| 10/24/1994 | | Denial of Motion for New Trial - Notices mailed to John J. Conte, |
| 10/24/1994 | | District Attorney and to Defendant, Robert Hendrickson, pro se. |
| 10/24/1994 | | Mailed to Appeals Court together with 2 certified copies of docket |
| 10/24/1994 | | entries & Clerk's Statement of Case. |
| 10/27/1994 | | Case entered in Appeals Court on 10/25/94. App. Crt. No. 94-P-1749. |
| 09/18/1995 | | Rescript rec'd from Appeals Court - Order denying Motion for New |
| 09/18/1995 | | Trial AFFIRMED(Dated in Appeals Court on 8/15/95)(See Mo. #19 in case |
| 09/18/1995 | | #90-2251) |
| 09/03/1999 | | Deft files Motion to Vacate Guilty Plea and/or Admission to |
| 09/03/1999 | | Sufficient Facts w/Memorandum of Law in Support and Affidavit of |
| 09/03/1999 | | Robert Hendrickson w/attachments. (see P#21 in Docket #99-02251) |
| 10/12/1999 | | Deft files Motion for Marking Defendant's Request for a Hearing (See |
| 10/12/1999 | | P#22 in Docket #90-02251) |
| 10/12/1999 | | Deft files Motion for Writ of Habeas Corpus Ad-Testificandum (See |
| 10/12/1999 | | P#23 in Docket #90-02251) |
| 10/12/1999 | | Deft files Motion for Appointment of Counsel (See P#24 in Docket |
| 10/12/1999 | | #90-02251) |
| 11/29/1999 | | Motion (P#21) Denied (Donohue,J.) Copy to DA & Defendant (See P#21 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Motion (P#22) Denied (Donohue,J.) Copy to DA & Defendant (See P#22 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Motion (P#23) Denied (Donohue,J.) Copy to DA & Defendant (See P#23 in |
| 11/29/1999 | | Docket #90-02251) |
| 11/29/1999 | | Motion (P#24) Denied (Donohue,J.) Copy to DA & Defendant (See P#24 in |

| | |
|---|---|
| 11/29/1999 | Docket #90-02251) |
| 11/29/1999 | ORDER on Defendant's Motion for Appointment of Counsel - Denied |
| 11/29/1999 | (Donohue,J.) Copy to DA & Defendant (See P#25 in Docket #90-02251) |
| 11/29/1999 | ORDER on Defendant's Motion for Writ of Habeas Corpus |
| 11/29/1999 | Ad-Testificandum - Denied (Donohue,J.) Copy to DA & Defendant (See |
| 11/29/1999 | P#26 in Docket #90-02551) |
| 11/29/1999 | ORDER on Defendant's Motion for a Hearing Date - Denied (Donohue,J.) |
| 11/29/1999 | Copy to DA & Defendant (See P#27 in Docket #90-02251) |
| 11/29/1999 | ORDER on Defendant's Motion to Vacate Guilty Pleas and/or Admission |
| 11/29/1999 | to Sufficient Facts - Denied (Donohue,J.) Copy to DA & Defendant (See |
| 11/29/1999 | P#28 in Docket #90-02251) |
| 12/06/1999 | Notice of appeal (P#21) (See P#29 in Docket #90-02251) |
| 12/07/1999 | Deft files Motion for Free Transcripts w/Affidavit of Indigency and |
| 12/07/1999 | Request for Waiver, Substitution or State Payment of Fees and Costs |
| 12/07/1999 | (See P#30 in Docket #90-02251) |
| 01/06/2000 | Motion (P#30) Allowed (Donohue,J.) |
| 01/11/2000 | Court Reporter Ron Francescone is hereby notified to prepare one copy |
| 01/11/2000 | of the transcript of the evidence of 11/26/1990 per Allowed Motion |
| 01/11/2000 | P#30. |
| 02/01/2000 | Transcript received from ron Francescone, 2 volumes, November 26,1990. |
| 02/11/2000 | Record assembled. Notices mailed to John J. Conte, District Attorney |
| 02/11/2000 | and to Robert Hendrickson, Pro se. Notice under Appellate Rule 9(d) |
| 02/11/2000 | mailed to Appeals Court together with the Denied motion, 2 Certified |
| 02/11/2000 | copies of docket entries, Clerk's Statement of Case & Notice of Appeal |
| 02/16/2000 | Case entered in Appeals Court 2/15/00, #00-286 |
| 10/09/2002 | copy of pre-trial conference report sent on October 09, 2002 to |
| 10/09/2002 | defendant per his request (See case # 2250 for report on offenses |
| 10/09/2002 | 90-2550-2256) |
| 01/09/2003 | Defendant files Motion to Withdraw Guilty Plea and Order a New Trial, |
| 01/09/2003 | Affidavit in Support, Memorandum of Law and incorporated Exhibits |
| 01/09/2003 | "A" through "D" and certificate of service (See case 1990-2251, P#33) |
| 01/09/2003 | Deft files Motion for Appointment of Counsel (P#34) |
| 01/09/2003 | Deft files Motion for an Evidentiary Hearing (#35) |
| 01/16/2003 | Motion (P#33) denied as waived (See Order) (Francis R. Fecteau, |
| 01/16/2003 | Justice (R.A.J.)). Copies mailed to DA and Defendant (See Case # |
| 01/16/2003 | 90-2251) |
| 01/16/2003 | Re: (P#34) In light of action on Paper # 33, no action is necessary. |
| 01/16/2003 | (Fecteau,J) (Copies sent to DA and deft) (See case #90-2251) |
| 01/16/2003 | Re: (P#35) In light of action on Paper # 33, no action is necessary. |
| 01/16/2003 | (Fecteau,J) (Copies sent to DA and deft) (See case #90-2251) |
| 01/16/2003 | ORDERED: on defendant's Motion to Withdraw Guilty Plea and Order a |

| 01/16/2003 | New Trial (The issues alleged by the defendant's present motion are |
| 01/16/2003 | deemed waived - See Order) (See Case # 90-2251 P#36) (Francis R. |
| 01/16/2003 | Fecteau, Justice (R.A.J.)) (copies sent to DA and defendent) |
| 01/28/2003 | NOTICE of APPEAL (Denial of Motion for New Trial) FILED (see P#37, |
| 01/28/2003 | case #90-2251) |
| 02/13/2003 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 02/13/2003 | (copies to DA, prob & deft) (see P#38, case #90-2251) |
| 02/21/2003 | Notice of Entry of appeal received from the Appeals Court No. |
| 02/21/2003 | 2003-P-0227 (See case # 90-2251 P#39) |
| 03/07/2003 | General correspondence regarding defendant's sent two (2) appellate |
| 03/07/2003 | briefs / one (1) was sent to the District Attorney's Office and the |
| 03/07/2003 | other place in the file (see case #90-02251 P#40) |
| 08/12/2003 | Motion by Deft: for Free Transcript on Probation Surrender Hearing |
| 08/12/2003 | dated November 26, 1990 before Judge Mulkern and court reporter R. |
| 08/12/2003 | Fransecone on case 89-1964 (see case # 90-2251P# 41) |
| 01/13/2004 | Rescript received from Appeals Court; judgment AFFIRMED Order denying |
| 01/13/2004 | motion to withdraw guilty plea and order new trial affirmed (see |
| 01/13/2004 | case 90-2251 P#42) |

## Charges

1 Charges for Docket: WOCR1990-02255

| No. | Charge Description: | Indictment: | Status: |
| --- | --- | --- | --- |
| 1 | Kidnap | WODA90-02255 | Guilty plea |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

**Exhibit F**

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth et al v Hendrickson, Robert W

Details for Docket: WOCR1990-02256

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR1990-02256 | **Caption:** | Commonwealth et al v Hendrickson, Robert W |
| **Entry Date:** | 08/17/1990 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 09/18/1995 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 08/30/1993 | **Jury Trial:** | NO |

## Parties Involved

3 Parties Involved in Docket: WOCR1990-02256

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Hendrickson | **First Name:** | Robert W |
| **Address:** | NCCI Gardner | **Address:** | P.O. Box 466 |
| **City:** | Gardner | **State:** | MA |
| **Zip Code:** | 01440 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | MA |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |

**City:**                          **State:**

**Zip Code:**                      **Zip Ext:**

**Telephone:**

---

## Attorneys Involved

No Attorneys found for Docket: WOCR1990-02256.

There are currently no attorneys associated with this case.

---

## Calendar Events

No Calendar Events found for Docket: WOCR1990-02256.

There are currently no calendar events associated with this case.

---

## Full Docket Entries

66 Docket Entries for Docket: WOCR1990-02256

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 08/17/1990 | 1 | Indictment returned |
| 11/26/1990 | | RE offense 1: Guilty verdict |
| 08/30/1993 | | Continued from docket sheet |
| 08/30/1993 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) |
| 08/30/1993 | | together with certified copies of docket entries and Clerk's |
| 08/30/1993 | | Statement of Case. |
| 01/26/1994 | | Dismissal under Standing Order #17A filed(Dated in Appeals Court on |
| 01/26/1994 | | 1/7/94)(See Mo. #20 in case #90-2254) |
| 10/24/1994 | | Deft files Motion for a New Trial Pursuant to Mass.R.Crim.P. 30 and |
| 10/24/1994 | | Affidavit in Support and Brief in Support, filed.(See Mo. #21 in case |
| 10/24/1994 | | #90-2254) |
| 10/28/1994 | | (see case 90-2251 P#21) - This Motion will not be considered. The |
| 10/28/1994 | | defendant filed a Motion for New Trial 7/21/92(after the denial of |
| 10/28/1994 | | his direct appeal on 5/15/91). It was Denied 7/23/92 by the trial |
| 10/28/1994 | | judge. He noticed an appeal 8/11/92. After the trial judges |
| 10/28/1994 | | retirement, he filed a Motion to Amend his Motion for New Trial on |
| 10/28/1994 | | 9/17/92. This justice Denied it 3/1/93. The Appeals Court Dismissed |
| 10/28/1994 | | his appeal 1/7/94. He now files this Second Motion for New Trial, all |

| | |
|---|---|
| 10/28/1994 | of the grounds asserted were well known prior to his previous |
| 10/28/1994 | motion(Travers,J.) - Notified D.A. and Defendant. |
| 11/04/1994 | Notice of appeal RE: Denial of Motion for New Trial.(See Mo. #22 in |
| 11/04/1994 | case #90-2254) |
| 11/04/1994 | Notice of assembly of record; mailed to App Crt per Rule 9(d) Notices |
| 11/04/1994 | mailed to John J. Conte, District Attorney and to Robert Hendrickson, |
| 11/04/1994 | pro se. Mailed to Appeals Court together with 2 certified copies of |
| 11/04/1994 | docket entries and Clerk's Statement of Case. |
| 09/18/1995 | Rescript rec'd from Appeals Court - Order denying Motion for New |
| 09/18/1995 | Trial AFFIRMED(Dated in Appeals Court 8/15/95)(See Mo. #23 in case |
| 09/18/1995 | #90-2254) |
| 10/09/2002 | copy of pre-trial conference report sent on October 09, 2002 to |
| 10/09/2002 | defendant per his request (See case # 2250 for report on offenses |
| 10/09/2002 | 90-2550-2256) |
| 08/12/2003 | Motion by Deft: for Free Transcript on Probation Surrender Hearing |
| 08/12/2003 | dated November 26, 1990 before Judge Mulkern and court reporter R. |
| 08/12/2003 | Fransecone on case 89-1964 (see case # 90-2251 P# 41) |
| 08/18/2003 | copies sent to the deft on #'s 89-1694 -, 90-2251 and 90-2256 per his |
| 08/18/2003 | request |
| 04/08/2004 | Motion by Deft: for Release from Unlawful Restraint with Affidavit |
| 04/08/2004 | and Memorandum in support of (see case # 90-2511 P#43) |
| 04/08/2004 | Motion for appointment of counsel (see case # 90-2251 P#44) |
| 05/04/2004 | Motion by Deft: to release from unlawful restraint with affidavit and |
| 05/04/2004 | memorandum in support of (see case 90-2251 P#45) |
| 05/04/2004 | Motion for appointment of counsel (see case # 90-2256 P#46) |
| 06/15/2004 | Motion Re: P# 43 - The Commonwealth shall have 45 days within which |
| 06/15/2004 | to file a responsive pleading (McCann,J) (see case # 90-2256) |
| 06/15/2004 | Motion Re: P#45 Commonwealth shall have 45 days within which to file |
| 06/15/2004 | an opposition (McCann,J) (see case # 90-2251) |
| 07/21/2004 | Motion by Deft: for interlocutory hearing of evidence with affidavit |
| 07/21/2004 | in support of (sent to Judge McCann) (see case 90-2251 P#47) |
| 07/28/2004 | Motion by Commonwealth: opposition to defendant's motion to release |
| 07/28/2004 | from unlawful restraint (sent to Judge McCann) (see case # 90-2251 |
| 07/28/2004 | P#48) |
| 07/29/2004 | Motion (P#47) denied (McCann, Justice). Copies mailed to DA and deft |
| 07/29/2004 | (see case # 90-2251) |
| 07/29/2004 | Motion (P#48) Defendant's motion to be released from unlawful |
| 07/29/2004 | restraint is denied setforth in the Commonwealth Opposition. (McCann, |
| 07/29/2004 | Justice). Copies mailed to DA and the deft (see case # 90-2251) |
| 07/30/2004 | Motion by Deft: rebuttal to the Commonwealth's opposition (sent to |
| 07/30/2004 | Judge McCann) (see case # 90-2251 P# 49) |

| 08/06/2004 | Motion for appointment of counsel (see case # 90-2251 P#50) |
| 08/06/2004 | Motion by Deft: for declaratory judgement and for a writ of habeas |
| 08/06/2004 | corpus with release from unlawful restraints pursuant to MGL 231(A) |
| 08/06/2004 | s1 et, al with affidavit and memorandum in support of (see case # |
| 08/06/2004 | 2251 P#51) |
| 08/18/2004 | Motion (P#50) Refer to CPCS for screening (McCann,J) (see case |
| 08/18/2004 | #90-2251) |

## Charges

1 Charges for Docket: WOCR1990-02256

| No. | Charge Description: | Indictment: | Status: |
|-----|---------------------|-------------|---------|
| 1 | Mayhem | WODA90-02256 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

**Exhibit G**

749 N.E.2d 722, 51 Mass.App.Ct. 1115, Com. v. Hendrickson, (Mass.App.Ct. 2001)                    **Page 1**

**\*722**  749 N.E.2d 722

51 Mass.App.Ct. 1115

NOTICE: THIS IS AN UNPUBLISHED OPINION.

Appeals Court of Massachusetts.

**COMMONWEALTH**
v.
**Robert HENDRICKSON.**
No. 00-P-286.
June 19, 2001.

By the court (GREENBERG, GILLERMAN & RAPOZA, JJ.).

MEMORANDUM AND ORDER PURSUANT TO RULE 1:28

Following a jury trial in the Superior Court, on November 26, 1990, the defendant was convicted of mayhem and assault and battery by means of a dangerous weapon. (FN1) Later the same day, he entered guilty pleas on charges of aggravated rape, indecent assault and battery, and kidnapping. The defendant now comes before us appealing from the denial of what amounts to his fifth request overall for postconviction relief and his third relative to his change of plea. He argues that the original judge erred in accepting his guilty pleas with an oral, but not a written, waiver of his right to trial by jury. We affirm.

As we have noted, this is not the defendant's first attempt to obtain relief regarding his change of plea. In 1991, he filed a motion, amended in 1992, to withdraw his guilty pleas and for a new trial, raising several grounds, including claims that his pleas were neither knowing nor voluntary, and that his counsel was ineffective. The judge who took his pleas heard and denied the motion. The defendant appealed and we affirmed the judge's ruling in a memorandum and order issued pursuant to Appeals Court Rule 1:28. *Commonwealth v. Hendrickson,* 34 Mass.App.Ct. 1112 (1993). The Supreme Judicial Court subsequently denied further appellate review. *Commonwealth v. Hendrickson,* 415 Mass. 1101 (1993). In 1994, the defendant filed two additional motions for new trial, both of which were denied. (FN2) Again, we affirmed the orders denying both motions in two decisions issued pursuant to Appeals Court Rule 1:28, *Commonwealth v. Hendrickson* (No. 1), 39 Mass.App.Ct. 1104 (1995) and *Commonwealth v. Hendrickson* (No. 2), 39 Mass.App.Ct. 1104 (1995).

The Supreme Judicial Court subsequently denied further appellate review as to both. *Commonwealth v. Hendrickson* (No. 1), 421 Mass. 1106 (1995); *Commonwealth v. Hendrickson* (No. 2), 422 Mass. 1101 (1996).

The defendant's third request for postconviction relief relative to his change of plea presents no issues which could not have been raised in his previous two motions. Having failed "to raise all known and available claims of error at the earliest possible time," the issue advanced in the motion before us is deemed waived. *Commonwealth v. Lowe,* 405 Mass. 1104, 1104-1105 (1989). See also Mass.R.Crim.P. 30(c)(2) ("All grounds for relief claimed by a defendant ... shall be raised by the defendant in his original or amended motion. Any grounds not so raised are waived.").

Even if we were to entertain the defendant's claim on the merits, he would not prevail. His assertion that the plea judge failed to comply with the provisions of G.L. c. 263, § 6 by not requiring a written waiver of his right to a jury trial is without merit. G.L. c. 263, § 6 requires the execution of a jury trial waiver only in cases where the defendant forgoes that right in order to permit a judge to try his case without a jury. As we have previously said, "[i]n G.L. c. 263, § 6, the Legislature has expressed a definite policy as to the required procedure *for conducting a criminal trial without a jury.*"  *Commonwealth v. Wheeler,* 42 Mass.App.Ct. 933, 935 (1997) (emphasis supplied). Compare Mass.R.Crim.P. 19(a) ("A case in which the defendant has the right to be tried by a jury shall be so tried unless the defendant waives a jury trial in writing with the approval of the court and files the waiver with the clerk, *in which instance he shall be tried by the court instead of by a jury.*" emphasis supplied). In the context of a change of plea, the defendant's oral waiver of his right to jury trial was sufficient.

*Order denying motion to vacate guilty pleas affirmed.*

(FN1.) We affirmed the defendant's convictions in a memorandum and order pursuant to Appeals Court Rule 1:28. *Commonwealth v. Hendrickson,* 32 Mass.App.Ct. 1117 (1992).

**\*722\_**  (FN2.) The first, filed on September 13, 1994, cited ineffective assistance of counsel relative to his plea. The second, filed on October 28, 1994, challenged his original convictions on several grounds, including alleged irregularities in the execution of the verdict slips.

© 2004 West, a Thomson business. No claim to original U.S. Govt. works.

**Exhibit H**

800 N.E.2d 346, 60 Mass.App.Ct. 1107, Com. v. Hendrickson, (Mass.App.Ct. 2003)          **Page 1**

**\*346** 800 N.E.2d 346

60 Mass.App.Ct. 1107

NOTICE:  THIS IS AN UNPUBLISHED OPINION.

Appeals Court of Massachusetts.

**COMMONWEALTH,**
v.
**Robert W. HENDRICKSON.**

**No. 03-P-227.**
Dec. 15, 2003.

*MEMORANDUM AND ORDER*
*PURSUANT TO RULE 1:28*

For the reasons stated in the Commonwealth's brief, in particular pages six through thirteen, we affirm the denial of the defendant's fourth motion for a new trial.

*Order denying motion to withdraw guilty plea and order new trial affirmed.*

© 2004 West, a Thomson business. No claim to original U.S. Govt. works.

**Exhibit I**

805 N.E.2d 44, 441 Mass. 1104, Com. v. Hendrickson, (Mass. 2004)                    **Page 1**

**\*44** 805 N.E.2d 44

441 Mass. 1104

(The Court's decision is referenced in a "Supreme Judicial Court of Massachusetts Further Appellate Review" table in the North Eastern Reporter.)

Supreme Judicial Court of Massachusetts.

**Commonwealth**

**v.**

**Robert W. Hendrickson**

March 10, 2004

Appeal From: 60 Mass.App.Ct. 1107, 800 N.E.2d 346.

DENIED.

© 2004 West, a Thomson business. No claim to original U.S. Govt. works.