Robert Hendrickson
P.O. Box 466
Gardner,Ma. 01440

United States District Court
Office Of The clerk
595 Main St.,Room 502
Worcester,Ma. 01608

Re: case Name: Hendrickson V.Steven J.O'Brien,Superintendant.
        Case # 4:04-cv-40153-FDS

Dear clerk;

    This is in regards to the filing fee of Hendrickson's Writ

of Habeas Corpus,with an Application to proceed without prepayment

of fee's,Forma Pauperis. Motion #1.

    The Court had denied the Motion on the 25th of August,by

F.Dennis Salor,IV,United States District Judge,but there is no

acknowledgement of the ($5.00) Five Dollar Fee,Check #35597

that was submitted to the clerks office on August 18th,2004 (see

attached copy of inmate transaction report) when the petitioner

Hendrickson filed.

    could the Clerk of this Court show that the fee has been

paid by sending the Petitioner a copy of his Docket Entry Sheet

and also show that his petition will continue to move forward

and not be dismissed in 45 days,as the Motion Judge Ruledin his

memorandum and order.

    Thank you for your time and attention to this very important

matter and bringing this to the attention of the motion Judge.

                                    Sincerely yours,

Date:August 29,2004                 Robert Hendrickson
                                    W-49459

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040824 14:09

| Commit# : | W49459 | | | NCCI GARDNER | | | Page : | 2 |
| Name : | HENDRICKSON, ROBERT, W, | | Statement From | 20040701 | | | | |
| Inst : | NCCI GARDNER | | To | 20040824 | | | | |
| Block : | THOMPSON-1 | | | | | | | |
| Cell/Bed : | 121 /B | | | | | | | |

*CHECK RESUBMITTED*

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040818 09:54 | EX - External Disbursement | 3249999 | 35597 | GAR | ~CLERK U.S. DISTRICT COURT~CLERK U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3259369 | | GAR | ~20040801 To 20040807 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3259370 | | GAR | ~20040801 To 20040807 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040820 11:34 | IC - Transfer from Inmate to Club A/c | 3265187 | | GAR | ~Photo Purchase~PHOTO - Z13~PHOTO - Z13 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040823 10:38 | AT - Account Transfer | 3268753 | | GAR | ~Clothing Order~W49459 HENDRICKSON,ROBERT W | $122.06 | $0.00 | $0.00 | $122.06 |
| 20040823 11:10 | IC - Transfer from Inmate to Club A/c | 3269078 | | GAR | ~Appliance Order~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $122.06 | $0.00 | $0.00 |
| 20040823 12:22 | IC - Transfer from Inmate to Club A/c | 3269318 | | GAR | ~RECREATION FUNDS MUSIC~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $7.95 | $0.00 | $0.00 |
| | | | | | | $183.98 | $186.26 | $49.60 | $129.96 |

| | | Personal | Savings |
|---|---|---|---|
| | Balance as of ending date : | $5.12 | $128.77 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $5.12 | $128.77 | $0.00 | $0.00 | $0.00 | $0.00 |