UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HENDRICKSON )
    Petitioner, )
     )
V. )   Civil Action No.04-40153_FDS
     )
STEVEN O'BRIEN )
    Respondent. )

AMENDED MOTION TO PETITIONER'S
OPPOSITION TO THE RESPONDENT'S
MEMORANDUM OF LAW AND MOTION
TO DISMISS.

    Now comes the Petitioner Robert Hendrickson,Pro,se.,in the above-entitled matter to move this Honorable Court to grant his Amended Motion to Petitioner's Opposition to the respondent's Memorandum of Law and Motion to Dismiss.

1.) This is in response to the District Judge of the United States F.Dennis Saylor,IV.

2.) Honorable Judge F.Dennis Saylor,IV.,gave an order to the respondent to file a proper responsive pleading to the Habeas Corpus Petition.

3.) The Court further requested,as part of the return,"To file such documents which reflect on the issue as to whether Petitioner 'exhausted' available state remedies with respect to the matters raised by the petition".

4.) The respondent was given 20 days to respond to the Judge's order,on whether the petition was "exhausted in the state Courts" with the respect to the matters raised".

5.) The respondent's have not complied with the Judge's order

Robert Hendrickson
P.O. Box 466
Gardner, Ma. 01440

Mr. Martin Castles
Courtroom Clerk
The Honorable F. Dennis Saylor, IV
United States District Court
Donohue Federal Building
595 Main Street
Worcester, Ma. 01608

FILED
IN CLERK'S OFFICE

2004 SEP 27 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Robert Hendrickson V. Steven O'Brien
U.S.D.C. Civil Action No. 04-40153-FDS

Dear Mr. Castles;

Enclosed for filing in the above-referenced case is the petitioner's Amended Motion to the Petioner's Motion for Opposition to the Respondent's Motion to Dismiss and Memorandum of Law and a Certificate of Service.

Thank you very much,

Date: September 24, 2004

Robert Hendrickson

CERTIFICATE OF SERVICE

I hereby certify that on this September day of 24th, 2004, I caused a copy of the above Amended Motion to the Motion of Opposition to be served by First Class Mail, postage prepaid upon Assistant Attorney General Eva M. Badway, One Ashburton Place, Boston, Ma. 02108-1598.

Robert Hendrickson

Robert Hendrickson