UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robert Hendrickson,**
        **Petitioner,**

**V.**

**Steven O'Brien,**
        **Respondent,**

**CIVIL ACTION**

**NO. 04-40153-FDS**

**ORDER OF DISMISSAL**

**Saylor, D. J.**

In accordance with the Court's allowance of the motion to dismiss on  1/7/05 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    1/7/05
    **Date**

**/s/ Martin Castles**
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                                          [odism.]